**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    Dekeder Calhoun<br>    Vanessa Calhoun<br>            Debtor(s) | Case No. 14-05340 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/19/2014.

2) The plan was confirmed on 05/01/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/21/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was converted on 10/23/2015.

6) Number of months from filing to last payment: 19.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $10,010.00 |
| Less amount refunded to debtor | $781.86 |
| **NET RECEIPTS:** | **$9,228.14** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,995.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $339.55 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,334.55** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACS | Unsecured | 5,920.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 246.32 | NA | NA | 0.00 | 0.00 |
| Alcoa | Unsecured | 8.50 | NA | NA | 0.00 | 0.00 |
| ALTAIR OH XIII LLC | Unsecured | 784.00 | 784.33 | 784.33 | 0.00 | 0.00 |
| American Financial | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| American Financial | Unsecured | 11.50 | NA | NA | 0.00 | 0.00 |
| AMERICAN FINANCIAL RESOURCES | Secured | NA | 14,147.86 | 14,147.86 | 1,120.34 | 0.00 |
| AMERICAN FINANCIAL RESOURCES | Secured | 104,737.00 | 100,658.36 | 0.00 | 0.00 | 0.00 |
| CBE Group | Unsecured | 784.33 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| Child & Adolescent Health | Unsecured | 1,397.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Consultants in Pathology | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Consultants in Pathology, S.C. | Unsecured | 8.10 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 363.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| DEPT STORES NATIONAL BANK/MAC | Unsecured | 2.00 | 308.76 | 308.76 | 0.00 | 0.00 |
| EMP OF COOK COUNTY LLC | Unsecured | 10.05 | NA | NA | 0.00 | 0.00 |
| Escallate, LLC | Unsecured | 653.00 | NA | NA | 0.00 | 0.00 |
| Escallate, LLC | Unsecured | 22.80 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR COMPANY | Secured | 5,154.00 | 0.00 | 1,173.74 | 1,173.74 | 229.87 |
| Hematology Oncology Associates | Unsecured | 22.50 | NA | NA | 0.00 | 0.00 |
| HYUNDAI MOTOR FINANCE CO | Secured | 5,469.00 | 5,492.64 | 5,469.00 | 1,733.85 | 370.16 |
| HYUNDAI MOTOR FINANCE CO | Unsecured | NA | 0.00 | 23.64 | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 244.62 | 0.00 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 243.95 | 243.95 | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 41.23 | NA | NA | 0.00 | 0.00 |
| Internal Medicine Assoc | Unsecured | 134.80 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,849.69 | 9,457.59 | 9,457.59 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Unsecured | NA | 3,793.86 | 3,793.86 | 0.00 | 0.00 |
| JNR Adjustment Company | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| KMB/CLINICAL PATHOLOGY | Unsecured | 16.00 | 16.17 | 16.17 | 0.00 | 0.00 |
| LTD Financial Services | Unsecured | 308.76 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 2,135.00 | NA | NA | 0.00 | 0.00 |
| Midstate Collection Solutions | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| Miramed Revenue Group, LLC | Unsecured | 810.70 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 324.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 300.00 | 638.39 | 638.39 | 0.00 | 0.00 |
| NORTHWEST MEMORIAL PHYS GRO | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILIT | Unsecured | 22.70 | NA | NA | 0.00 | 0.00 |
| Northwestern OBGYN Consultants | Unsecured | 743.00 | NA | NA | 0.00 | 0.00 |
| OAKLAWN RADIOLOGY IMAGING | Unsecured | 11.20 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 590.00 | 601.18 | 601.18 | 0.00 | 0.00 |
| Praxis Financial Solutions | Unsecured | 1,459.15 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 460.00 | 460.10 | 460.10 | 0.00 | 0.00 |
| Quest Diagonostics | Unsecured | 2.80 | NA | NA | 0.00 | 0.00 |
| ROGERS & HOLLANDS JEWELERS | Unsecured | 2,185.07 | NA | NA | 0.00 | 0.00 |
| ROGERS & HOLLANDS JEWELERS | Secured | NA | 0.00 | 2,369.63 | 227.83 | 0.00 |
| SALLIE MAE INC | Unsecured | 22,262.00 | 10,382.71 | 10,382.71 | 0.00 | 0.00 |
| Souma Diagnostics LTD | Unsecured | 34.60 | NA | NA | 0.00 | 0.00 |
| SOUTH SUBURBAN NEUROLOGY | Unsecured | 30.60 | NA | NA | 0.00 | 0.00 |
| St James Health | Unsecured | 605.06 | NA | NA | 0.00 | 0.00 |
| TD BANK USA | Unsecured | 426.00 | 426.26 | 426.26 | 0.00 | 0.00 |
| The Pediatric Faculty Foundation | Unsecured | 17.75 | NA | NA | 0.00 | 0.00 |
| Trustmark recovery services | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 165,347.00 | 187,720.80 | 187,720.80 | 0.00 | 0.00 |
| Valentine & Kebartas, Inc | Unsecured | 1,128.32 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MATTESON | Secured | 253.78 | 0.00 | 0.00 | 0.00 | 0.00 |
| VILLAGE OF MATTESON | Unsecured | NA | 378.00 | 378.00 | 37.80 | 0.00 |
| Wellgroup | Unsecured | 56.10 | NA | NA | 0.00 | 0.00 |
| WELLgroup HEALTH PARTNERS | Unsecured | 260.40 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $14,147.86 | $1,120.34 | $0.00 |
| Debt Secured by Vehicle | $6,642.74 | $2,907.59 | $600.03 |
| All Other Secured | $2,369.63 | $227.83 | $0.00 |
| **TOTAL SECURED:** | **$23,160.23** | **$4,255.76** | **$600.03** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $9,457.59 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$9,457.59** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$205,778.15** | **$37.80** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,334.55 |
| Disbursements to Creditors | $4,893.59 |
| **TOTAL DISBURSEMENTS :** | **$9,228.14** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/09/2015          By: /s/ Tom Vaughn
                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**